KIBLER FOWLER & CAVE LLP
Michael D. Kibler (SBN 243982)
mkibler@kfc.law
Andrew C. Whitman (SBN 312244)
awhitman@kfc.law
11100 Santa Monica Blvd., Suite 500
Los Angeles, California 90025
Telephone:   (310) 409-0400
Facsimile:   (310) 409-0401

*Attorneys for BRYAN CRANE and
BROOKE CRANE*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| BRYAN CRANE, an individual; and BROOKE CRANE, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> INTEGON NATIONAL INSURANCE COMPANY, a North Carolina Corporation; U.S. BANK, N.A.; and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO. 2:25-cv-06382-SVW (ASx) <br><br> **COUNTER-STATEMENT OBJECTING TO NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** <br><br> Assigned for All Purposes to: <br> District Judge Stephen V. Wilson <br> Magistrate Judge Alka Sagar |

COUNTER-STATEMENT OBJECTING TO NOTICE OF PENDENCY OF OTHER ACTIONS OR
PROCEEDINGS

**TO THE COURT AND ALL PARTIES OF RECORD**:

**PLEASE TAKE NOTICE** that Plaintiffs Bryan Crane and Brook Crane hereby object to Defendant Integon National Insurance Company's ("Integon") Notice of Pendency of Other Actions or Proceedings ("Notice").

Local Rule 83-1.4.1 requires parties to file a Notice of Pendency of Other Actions or Proceedings whenever "a civil action filed in or removed to this Court involves all or a material part of the subject matter of an action then pending before" another court, including a state court. None of the legal or factual issues to be decided in this case will be decided in either of the two cases identified in the Notice. Similarly, none of the issues decided in those cases will be decided here.

In *Todd and Kimberley Ferrier, et al. v. State Farm Fire and Casualty Company, et al.*, Los Angeles Superior Court Case No. 25STCV12117, dozens of Plaintiffs assert antitrust claims against more than 200 insurance companies, alleging that these insurance companies illegally conspired to eliminate competition between them related to their refusal to offer fire insurance policies to California policyholders. Mr. Crane is a named Plaintiff due to the alleged acts of Mr. Crane's prior insurer – State Farm – who is the primary named Defendant in the matter. *Anthony Canzoneri, an individual, et al. v. State Farm Fire and Casualty Company, et al.*, Los Angeles Superior Court Case No. 25STCV11838, is a class action brought on largely similar grounds.

State Farm is not a party to this case and there are no antitrust issues presented in the pleadings. Rather, this case relates to a straightforward bad faith denial of a specific insurance claim. As such, this case does not "involve[] all or a material part of the subject matter" of the cases identified in the Notice.

COUNTER-STATEMENT OBJECTING TO NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

Dated:  August 1, 2025          KIBLER FOWLER & CAVE LLP


By:     */s/ Michael D. Kibler*
        MICHAEL D. KIBLER
        ANDREW C. WHITMAN
        Attorneys for BRYAN CRANE and
        BROOKE CRANE

Kibler Fowler & Cave LLP
11100 Santa Monica Boulevard
Suite 500
Los Angeles, California 90025
KF&C

2